IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| **BENNINGTON FOODS, LLC, d/b/a BENNINGTON GROUP,**<br><br>　　　　　　　　　　**Plaintiff,**<br>　v.<br><br>**ST. CROIX RENAISSANCE GROUP, LLLP,**<br>a U.S. Virgin Islands corporation,<br><br>　　　　　　　　　　**Defendant.** | 2006-CV-0154 |

**TO:** 　Lee J. Rohn, Esq.
　　　　Joel H. Holt, Esq.


**ORDER GRANTING DEFENDANT'S MOTION FOR CLARIFICATION**

THIS MATTER came before the Court for consideration upon Defendant's Motion For Clarification (Docket No. 234). This order is issued without necessity of response.

Having reviewed the Memorandum in Support of Motion For Clarification, the Court understands the confusion in the interpretation of its Order Granting Defendant's Motion to Compel (Docket No. 215), entered January 21, 2009. It was the Court's intent, with regard to Request No. 10, to restrict price information to the actual or potential sale of scrap metal located, originating in, or otherwise situated in the Caribbean region, without regard to where the buyer(s)/potential buyer(s)/other party(ies) were located or to where such scrap metal was being sold or potentially sold.

WHEREFORE, it is now hereby **ORDERED**:

1.　　Defendant's Motion For Clarification (Docket No. 234) is **GRANTED**.

*Bennington Foods, LLC. v. St. Croix Renaissance Group, LLLLP and Montrose Global Assets, Inc.*
2006-CV-0154
Order Granting Defendant's Motion For Clarification
Page 2

    2.    The Court's Order Granting Defendant's Motion to Compel (Docket No. 215), entered January 21, 2009, is clarified with regard to Request No. 10, as explained more fully hereinabove, to wit:

> Plaintiff shall produce copies of all agreements, contracts, letters, telefaxes, emails, or other documents of any kind whatsoever you have exchanged with any other party regarding the actual or potential sale of scrap metal located, originating, or otherwise situated in the Caribbean region, from any source other than the St. Croix Renaissance site, between January 1, 2006, and December 21, 2006.

    ENTER:

DATED: February 17, 2009        /s/ George W. Cannon, Jr.
                                                  GEORGE W. CANNON, JR.
                                                  U.S. MAGISTRATE JUDGE