## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **BENNINGTON FOODS, LLC, d/b/a BENNINGTON GROUP,** | |
| Plaintiff, | 2006-CV-0154 |
| v. | |
| **ST. CROIX RENAISSANCE GROUP, LLLP,** a U.S. Virgin Islands corporation, | |
| Defendant. | |

**TO:** Lee J. Rohn, Esq.
Joel H. Holt, Esq.

### ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION

THIS MATTER is before the Court upon Defendant's Motion For Partial Reconsideration of February 24th Order Re Deposition of GeoNet (Docket No. 250).  This order is issued without necessity of response.

Having reviewed the Memorandum in Support of Motion For Partial Reconsideration, the Court agrees that the amount of rent paid by GeoNet Ethanol, L.L.C., to Defendant is irrelevant to the issues in this matter and that the Court erred when it found that such subject area was within the scope of inquiry allowed.

Accordingly, it is now hereby **ORDERED**:

1. Defendant's Motion For Reconsideration (Docket No. 250) is **GRANTED**.

2. The Court's Order Denying Defendant's Motion to Quash (Docket No. 248), entered February 24, 2009, is amended as follows:

*Bennington Foods, LLC. v. St. Croix Renaissance Group, LLLP and Montrose Global Assets, Inc.*
2006-CV-0154
Order Granting Defendant's Motion For Partial Reconsideration
Page 2

      a.    Plaintiff may notice the deposition of J. Brent Baker, except that, with regard to the subjects of oral examination as identified in Exhibit A attached to the notice of deposition, no questions may be asked regarding subject numbered 3, "lease payments and rents made by GeoNet Ethanol, L.L.C.[,] to St. Croix Renaissance Group, L.L.L.P.[,] made from the inception of the lease to the present date."

ENTER:

DATED: February 27, 2009

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE